FEB 27

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>TYRICKA MIDDLETON,<br><br>Defendants. | 2:11-CR-340-PMP-CWH |

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated:

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE