UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-340-PMP-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| TYRICKA MIDDLETON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the Court finds that a rational trier of fact could find Defendant Tyricka Middleton guilty of the offenses charged,

**IT IS ORDERED** that Defendant Tyricka Middleton's Rule 29(c) Motion for Judgment of Acquittal (Doc. #126) is DENIED.

DATED: April 11, 2013.

PHILIP M. PRO
United States District Judge