UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A.          Plaintiff, | |
| vs. | District No.   2:11-cr-00340-PMP -CWH |
| Tyricka Middleton | |
| Defendant. | |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 5th, 2013 this court received a transcript order form dated April 5th, 2013 requesting a Transcript of the Jury Trial Day 1 held on February 21, 2013 from Melanie A. Hill, CJA Counsel for the Defendant Tyricka Middleton, , in which **the Voir Dire is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording of the hearing shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ____ day of May, 2013.

_____
Philip M. Pro
United States Judge